IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


MITCHELL WHITE,                              No. 03:07-CV-1574-AC

                    Plaintiff,              ORDER

          v.

GUY HALL; MAX WILLIAMS;
MR. THOMPSON, Food Services, TRCI;
LIGHTBARN, Food Services, TRCI;
MS. WHELAN, Health Services, TRCI;
HERNANDEZ, Medical Nurse; and
DR. LIDOL,

                    Defendants.

Mitchell White, Pro Se
17700 SW Bunker Oak Rd
Beaverton, OR 97006

          Attorney for Plaintiff

Kristin A. Winges-Yanez
Andrew D. Hallman
Oregon Department of Justice
1162 Court Street, N.E.
Salem, OR 97301

          Attorneys for Defendants


1 - ORDER

HERNANDEZ, District Judge:

Magistrate Judge Acosta issued a Findings and Recommendation (#70) on August 17, 2011, in which he recommends that this Court should grant Defendants' motion (#64) for summary judgment against White's remaining claim for violation of his rights to due process, equal protection, and freedom from cruel and unusual punishments.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*.  United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation (#70).  Accordingly, Defendants' motion (#64) for summary judgment against White's remaining claim for violation of his rights to due process, equal protection, and freedom from cruel and unusual punishments is granted.

IT IS SO ORDERED.

DATED this __1st____ day of September, 2011.


 /s/ Marco A. Hernandez_____
MARCO HERNANDEZ
United States District Judge